Opinion issued December 12, 2024



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00850-CV

———————————

**ANSCO & ASSOCIATES, LLC, Appellant**

**V.**

**CENTERPOINT ENERGY HOUSTON ELECTRIC, LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1205805-801**

---

## MEMORANDUM OPINION

Appellant, Ansco & Associates, LLC, has filed an agreed motion for voluntary dismissal of this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

## PER CURIAM

Panel consists of Justices Goodman, Landau, and Countiss.